**FILED**

**DECEMBER 20, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
**Eastern Division**

**07 C 7162**

|  |  |  |
|---|---|---|
| THOMAS W. DURKIN, as Special Administrator of the Estate of MARY V. DURKIN, | ) ) ) ) | |
| Plaintiff, | ) ) | **JUDGE MANNING** |
| v. | ) ) | **MAGISTRATE JUDGE ASHMAN** |
| | ) | Civil Action No. _____ |
| BAYER CORPORATION, BAYER PHARMACEUTICALS CORPORATION, BAYER HEALTHCARE LLC, and BAYER A.G., | ) ) ) ) ) | |
| Defendants. | ) ) | |

## CORPORATE DISCLOSURE STATEMENT OF
## DEFENDANT BAYER CORPORATION

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, defendant Bayer

Corporation provides the Court with the following Corporate Disclosure Statement:

1.    Bayer Corporation is a nongovernmental corporation.

2.    Bayer Corporation is wholly owned by Bayer AG, a publicly traded corporation.

December 20, 2007                              Defendant Bayer Corporation


                                              /s/ Elizabeth C. Curtin
                                              One of Its Attorneys

Eugene A. Schoon (eschoon@sidley.com)
Craig A. Knot (cknot@sidley.com)
Elizabeth C. Curtin (ecurtin@sidley.com)
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois  60603
Phone:  (312) 853-7000
Fax:     (312) 853-7036

CH1 4102764v.1

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing documents were sent by U.S.

Mail, postage pre-paid and/or electronically delivered through this Court's Electronic Filing System

on this 20th day of December, 2007, to the following counsel of record:

**Jeffrey B. Sussman**
Sussman Selig & Ross
One East Wacker Drive, Ste. 3650
Chicago, IL 60601
Telephone:  (312) 977-4000
jbs@ssrlaw.com

**Paul J. Napoli**
**Marc Jay Bern**
**Christopher R. LoPalo**
Napoli Bern & Associates, LLP
3500 Sunrise Highway, Ste. T-207
Great River, NY 11739
Telephone: (212) 267-3700

/s Elizabeth C. Curtin
Elizabeth C. Curtin