FILED
DECEMBER 20, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Eastern Division

**07 C 7162**

| | |
|---|---|
| THOMAS W. DURKIN, as Special Administrator of the Estate of MARY V. DURKIN, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. _____ |
| BAYER CORPORATION, BAYER PHARMACEUTICALS CORPORATION, BAYER HEALTHCARE LLC, and BAYER A.G., | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**JUDGE MANNING**
**MAGISTRATE JUDGE ASHMAN**

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT BAYER PHARMACEUTICALS CORPORATION**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, defendant Bayer Pharmaceuticals Corporation provides the Court with the following Corporate Disclosure Statement:

1. Bayer Pharmaceuticals Corporation is a nongovernmental corporation.

2. Bayer Pharmaceuticals Corporation is wholly owned by Bayer Corporation.

3. Bayer Corporation is wholly owned by Bayer AG, a publicly traded corporation.

December 20, 2007                                        Defendant Bayer Pharmaceuticals Corporation


                                                         /s/ Elizabeth C. Curtin
                                                         One of Its Attorneys

Eugene A. Schoon (eschoon@sidley.com)
Craig A. Knot (cknot@sidley.com)
Elizabeth C. Curtin (ecurtin@sidley.com)
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois  60603
Phone:  (312) 853-7000
Fax:      (312) 853-7036

2

CH1 4102662v.1

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing documents were sent by U.S. Mail, postage pre-paid and/or electronically delivered through this Court's Electronic Filing System on this 20th day of December, 2007, to the following counsel of record:

| | |
|---|---|
| **Jeffrey B. Sussman**<br>Sussman Selig & Ross<br>One East Wacker Drive, Ste. 3650<br>Chicago, IL 60601<br>Telephone: (312) 977-4000<br>jbs@ssrlaw.com | **Paul J. Napoli**<br>**Marc Jay Bern**<br>**Christopher R. LoPalo**<br>Napoli Bern & Associates, LLP<br>3500 Sunrise Highway, Ste. T-207<br>Great River, NY 11739<br>Telephone: (212) 267-3700 |

                                                                              /s Elizabeth C. Curtin
                                                                              Elizabeth C. Curtin