**FILED**
**DECEMBER 20, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Eastern Division

**07 C 7162**

| | |
|---|---|
| THOMAS W. DURKIN, as Special Administrator of the Estate of MARY V. DURKIN, ) ) ) ) | |
| Plaintiff, ) ) | **JUDGE MANNING** <br> **MAGISTRATE JUDGE ASHMAN** |
| v. ) ) | Civil Action No. _____ |
| BAYER CORPORATION, BAYER PHARMACEUTICALS CORPORATION, BAYER HEALTHCARE LLC, and BAYER A.G., ) ) ) ) ) ) | |
| Defendants. ) ) | |

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT BAYER HEALTHCARE LLC**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, defendant Bayer HealthCare LLC provides the Court with the following Corporate Disclosure Statement:

1. Bayer HealthCare LLC is a nongovernmental limited liability company.

2. The sole member of Bayer HealthCare LLC is Bayer Corporation.

3. Bayer Corporation is wholly owned by Bayer AG, a publicly traded corporation.

December 20, 2007                              Defendant Bayer HealthCare LLC


                                               /s/ Elizabeth C. Curtin
                                               One of Its Attorneys

Eugene A. Schoon (eschoon@sidley.com)
Craig A. Knot (cknot@sidley.com)
Elizabeth C. Curtin (ecurtin@sidley.com)
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois  60603
Phone:  (312) 853-7000
Fax:     (312) 853-7036

CH1 4102653v.1

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing documents were sent by U.S. Mail, postage pre-paid and/or electronically delivered through this Court's Electronic Filing System on this 20th day of December, 2007, to the following counsel of record:

| | |
|---|---|
| **Jeffrey B. Sussman** | **Paul J. Napoli** |
| Sussman Selig & Ross | **Marc Jay Bern** |
| One East Wacker Drive, Ste. 3650 | **Christopher R. LoPalo** |
| Chicago, IL 60601 | Napoli Bern & Associates, LLP |
| Telephone: (312) 977-4000 | 3500 Sunrise Highway, Ste. T-207 |
| jbs@ssrlaw.com | Great River, NY 11739 |
| | Telephone: (212) 267-3700 |

/s Elizabeth C. Curtin
Elizabeth C. Curtin