**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 07 C 7162 |
|---|---|

THOMAS DURKIN, et al.,
                Plaintiff,
    v.
BAYER CORPORATION, et al.,
                Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BAYER CORPORATION,
BAYER HEALTHCARE PHARMACEUTICALS, INC.
BAYER HEALTHCARE LLC

| | |
|---|---|
| NAME (Type or print) | |
| Steven E. Derringer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Steven E. Derringer | |
| FIRM | |
| Bartlit Beck Herman Palenchar & Scott LLP | |
| STREET ADDRESS | |
| 54 W. Hubbard St., Suite 300 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60610 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6242773 | 312/ 494-4415 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐