IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Eastern Division

|  |  |  |
|---|---|---|
| THOMAS W. DURKIN, as Special Administrator of the Estate of MARY V. DURKIN, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:07-cv-07162 |
| v. | ) ) | |
| BAYER CORPORATION, BAYER PHARMACEUTICALS CORPORATION, BAYER HEALTHCARE LLC, and BAYER A.G., | ) ) ) ) ) | |
| Defendants. | ) ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Unopposed Motion To Stay Proceedings Pending Transfer to Multidistrict Litigation:

**IT IS HEREBY ORDERED** that all proceedings in the above-captioned case are STAYED pending ruling of the Judicial Panel on Multidistrict Litigation on the Defendants' motion to transfer.

This ____ day of February, 2008.

_____
Hon. Blanche M. Manning
United States District Judge