IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Eastern Division

|  |  |
|---|---|
| THOMAS W. DURKIN, as Special Administrator of the Estate of MARY V. DURKIN,<br><br>      Plaintiff,<br><br>      v.<br><br>BAYER CORPORATION, BAYER PHARMACEUTICALS CORPORATION, BAYER HEALTHCARE LLC, and BAYER A.G.,<br><br>      Defendants. | Civil Action No. 1:07-cv-07162 |

**NOTICE OF DEFENDANTS' UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING TRANSFER TO MULTIDISTRICT LITIGATION**

PLEASE TAKE NOTICE that on February 7, 2008 at 11:00 am, or as soon thereafter as they may be heard, Defendants Bayer Corporation, Bayer Pharmaceuticals Corporation,[1] and Bayer HealthCare LLC shall present their UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING TRANSFER TO MULTIDISTRICT LITIGATION before the Honorable Blance M. Manning in Courtroom 2125, Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois 60604.  A copy of this motion is hereby served on counsel for plaintiff.

---

[1] Effective January 1, 2008, Bayer Pharmaceuticals Corporation was merged with and into Bayer HealthCare Pharmaceuticals Inc. and ceased to exist as a separate entity.  At this time, Bayer Pharmaceuticals Corporation continues as a defendant in this action.  *See* Fed. R. Civ. P. 25(c).

February 4, 2008                    Defendants

                                  By:   /s/ Craig A. Knot_____
                                           One of Their Attorneys

Eugene A. Schoon (eschoon@sidley.com)
Craig A. Knot (cknot@sidley.com)
Elizabeth C. Curtin (ecurtin@sidley.com)
Gretchen M. Paine (gpaine@sidley.com)
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois  60603
Phone:   (312) 853-7279
Fax:       (312) 853-7036

Steven E. Derringer (steven.derringer@bartlit-beck.com)
Bartlit Beck Herman Palenchar & Scott LLP
54 West Hubbard Street
Suite 300
Chicago, Illinois 60610
Phone:   (312) 494-4415
Fax:       (312) 494-4440

**CERTIFICATE OF SERVICE**

      I hereby certify that true and correct copies of the foregoing NOTICE OF MOTION relating to DEFENDANTS' UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING TRANSFER TO MULTIDISTRICT LITIGATION were mailed or electronically delivered through this Court's Electronic Filing System on this 4th day of February, 2008, to the following counsel of record and that consent for electronic delivery was received from all counsel of record who were electronically served:

| | |
|---|---|
| **Jeffrey B. Sussman** | **Paul J. Napoli** |
| Sussman Selig & Ross | **Marc Jay Bern** |
| One East Wacker Drive, Ste. 3650 | **Christopher R. LoPalo** |
| Chicago, IL 60601 | Napoli Bern & Associates, LLP |
| Telephone: (312) 977-4000 | 3500 Sunrise Highway, Ste. T-207 |
| jbs@ssrlaw.com | Great River, NY 11739 |
| | Telephone: (212) 267-3700 |

                                     /s/ Craig A. Knot
                                     Craig A. Knot