# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7162 | **DATE** | 2/6/2008 |
| **CASE TITLE** | Durkin vs. Bayer Corp, et al. | | |

**DOCKET ENTRY TEXT**

Defendants' unopposed motion to stay proceedings pending transfer to multidistrict litigation [16] is granted. Status hearing stricken. This case is placed on the court's suspense docket. Parties are directed to promptly advise the court of any decisions regarding the transfer. Enter Order.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | rs |
|---|---|---|