IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| THOMAS W. DURKIN, as Special Administrator of the Estate of MARY V. DURKIN, <br><br> Plaintiff, <br><br> v. <br><br> BAYER CORPORATION, BAYER PHARMACEUTICALS CORPORATION, BAYER HEALTHCARE LLC, and BAYER A.G., <br><br> Defendants. | Civil Action No. 1:07-cv-07162 |

**ORDER**

Upon consideration of Defendants' Unopposed Motion To Stay Proceedings Pending Transfer to Multidistrict Litigation:

**IT IS HEREBY ORDERED** that all proceedings in the above-captioned case are STAYED pending ruling of the Judicial Panel on Multidistrict Litigation on the Defendants' motion to transfer.

This 6th day of February, 2008.

_____
Hon. Blanche M. Manning
United States District Judge