**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Eastern Division**

| | |
|---|---|
| THOMAS W. DURKIN, as Special Administrator of the Estate of MARY V. DURKIN,<br><br>Plaintiff,<br><br>v.<br><br>BAYER CORPORATION, BAYER PHARMACEUTICALS CORPORATION, BAYER HEALTHCARE LLC, and BAYER A.G.,<br><br>Defendants. | Civil Action No. 1:07-cv-07162 |

**DEFENDANTS' NOTIFICATION OF TRANSFER TO MULTIDISTRICT LITIGATION**

Pursuant to the Order entered by this Court on February 6, 2008 requesting prompt notification of any decision by the United States Judicial Panel on Multidistrict Litigation (the "JPML"), Defendant Bayer Corporation hereby provides notice that the JPML has ruled and consolidated all pre-trial proceedings before the Honorable Donald M. Middlebrooks in the United States District Court for the Southern District of Florida, as set forth in the Transfer Order attached hereto as Exhibit A.

April 9, 2008

                              Defendants

                    By:    /s/ Craig A. Knot
                           One of Their Attorneys

Eugene A. Schoon (eschoon@sidley.com)
Craig A. Knot (cknot@sidley.com)
Elizabeth C. Curtin (ecurtin@sidley.com)
Gretchen M. Paine (gpaine@sidley.com)
J'Antae D. Hall (jdhall@sidley.com)
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
Phone: (312) 853-7279
Fax: (312) 853-7036

Steven E. Derringer (steven.derringer@bartlit-beck.com)
Bartlit Beck Herman Palenchar & Scott LLP
54 West Hubbard Street
Suite 300
Chicago, Illinois 60610
Phone: (312) 494-4415
Fax: (312) 494-4440

# EXHIBIT A

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Apr 07, 2008

FILED
CLERK'S OFFICE

IN RE: TRASYLOL PRODUCTS
LIABILITY LITIGATION

MDL No. 1928

**TRANSFER ORDER**

**Before the entire Panel**[*]: Defendants[1] have moved, pursuant to 28 U.S.C. § 1407, for coordinated or consolidated pretrial proceedings of this litigation in the District of Connecticut or, as stated by counsel at oral argument, the Northern District of Georgia. Plaintiffs in six actions and two potential tag-along actions support centralization and variously prefer selection of one or more of the following districts as the transferee district: the Northern District of California, the Middle District of Florida, the Southern District of Florida, the Northern District of Georgia, or the Southern District of Ohio. Plaintiffs in four actions and a potential tag-along action oppose centralization. In addition to the previously-mentioned districts, these plaintiffs alternatively support centralization in the Northern District of Illinois.

This litigation currently consists of eighteen actions listed on Schedule A and pending in fourteen districts as follows: two actions each in the Northern District of California, the Middle District of Florida, the Middle District of Tennessee, and the Southern District of Texas; and an action each in the Northern District of Alabama, the Central District of California, the Southern District of California, the Southern District of Florida, the Middle District of Georgia, the Northern District of Georgia, the Northern District of Illinois, the Western District of Louisiana, the Southern District of Mississippi, and the Northern District of West Virginia.[2]

On the basis of the papers filed and hearing session held, we find that these eighteen actions involve common questions of fact, and that centralization under Section 1407 in the Southern

---

[*] Judge Scirica did not participate in the disposition of this matter.

[1] Bayer Corp.; Bayer Healthcare Pharmaceuticals, Inc.; Bayer Healthcare, LLC; Bayer AG; and Bayer Healthcare AG (collectively Bayer).

[2] In addition to the eighteen actions now before the Panel, the parties have notified the Panel of fourteen related actions pending in various districts across the country. These actions and any other related actions will be treated as potential tag-along actions. See Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

-2-

District of Florida will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All actions share factual questions regarding the safety profile of the drug Trayslol, which is used to reduce blood loss in patients during coronary artery bypass graft surgery, and the warnings given by Bayer about the drug. Centralization under Section 1407 will eliminate duplicative discovery; prevent inconsistent pretrial rulings; and conserve the resources of the parties, their counsel and the judiciary.

For this litigation that is nationwide in scope, the parties have proposed several forums, any number of which could suitably serve as the transferee district. After careful consideration, we are persuaded that the Southern District of Florida is an appropriate transferee forum. The Southern District of Florida, where a constituent action is pending, currently has a relatively low number of MDL dockets and offers an accessible metropolitan location. Further, by centralizing this litigation before Judge Donald M. Middlebrooks, we are assigning this litigation to a jurist who has the experience to steer this litigation on a prudent course.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the Southern District of Florida are transferred to the Southern District of Florida and, with the consent of that court, assigned to the Honorable Donald M. Middlebrooks for coordinated or consolidated pretrial proceedings with the action pending there and listed on Schedule A.

PANEL ON MULTIDISTRICT LITIGATION

_____
John G. Heyburn II
Chairman

| | |
|---|---|
| D. Lowell Jensen | J. Frederick Motz |
| Robert L. Miller, Jr. | Kathryn H. Vratil |
| David R. Hansen | Anthony J. Scirica[*] |

**IN RE: TRASYLOL PRODUCTS
LIABILITY LITIGATION**                                                                 MDL No. 1928

## SCHEDULE A

<u>Northern District of Alabama</u>

Bobbie S. Burnette, etc. v. Bayer Corp., et al., C.A. No. 7:07-2238

<u>Central District of California</u>

Sheila Ware v. Bayer Corp., et al., C.A. No. 5:07-1305

<u>Northern District of California</u>

Samuel Nitzberg, et al. v. Bayer Corp., C.A. No. 4:07-4399
Lupe De Leon, et al. v. Bayer Pharmaceuticals Corp., C.A. No. 4:07-6206

<u>Southern District of California</u>

Michael O'Connor v. Bayer Corp., et al., C.A. No. 3:07-633

<u>Middle District of Florida</u>

Deborah Bakan, etc. v. Bayer Corp., et al., C.A. No. 8:07-220
Melissa Morrill, etc. v. Bayer Pharmaceuticals Corp., et al., C.A. No. 8:07-819

<u>Southern District of Florida</u>

Ismael Rodriguez, et al. v. Bayer Corp., et al., C.A. No. 9:07-81172

<u>Middle District of Georgia</u>

Sherry L. Shaw, etc. v. Bayer Healthcare, et al., C.A. No. 4:07-176

<u>Northern District of Georgia</u>

David E. Wease, et al. v. Bayer Corp., et al., C.A. No. 1:07-1659

- A2 -

**MDL No. 1928 Schedule A (Continued)**

<u>Northern District of Illinois</u>

Thomas W. Durkin, etc. v. Bayer Corp., et al., C.A. No. 1:07-7162

<u>Western District of Louisiana</u>

Evelyn Moreaux Reider, et al. v. Bayer Corp., et al., C.A. No. 2:07-1688

<u>Southern District of Mississippi</u>

Jonnie Sessums, etc. v. Bayer AG, et al., C.A. No. 3:07-436

<u>Middle District of Tennessee</u>

Ada M. Williams v. Bayer Corp., et al., C.A. No. 1:07-4
Linda L. Davis v. Bayer Corp., et al., C.A. No. 3:07-115

<u>Southern District of Texas</u>

Kenneth L. Lanham v. Bayer Corp., et al., C.A. No. 4:07-1687
Vance Pesl, etc. v. Bayer Corp., et al., C.A. No. 4:07-2819

<u>Northern District of West Virginia</u>

Crystal Fast, etc. v. Bayer Corp., et al., C.A. No. 5:07-82

**CERTIFICATE OF SERVICE**

      I hereby certify that true and correct copies of the foregoing NOTIFICATION OF TRANSFER TO MULTIDISTRICT LITIGATION were mailed or electronically delivered through this Court's Electronic Filing System on this 9th day of April, 2008, to the following counsel of record and that consent for electronic delivery was received from all counsel of record who were electronically served:

| | |
|---|---|
| **Jeffrey B. Sussman** | **Paul J. Napoli** |
| Sussman Selig & Ross | **Marc Jay Bern** |
| One East Wacker Drive, Ste. 3650 | **Christopher R. LoPalo** |
| Chicago, IL 60601 | Napoli Bern & Associates, LLP |
| Telephone: (312) 977-4000 | 3500 Sunrise Highway, Ste. T-207 |
| jbs@ssrlaw.com | Great River, NY 11739 |
| | Telephone: (212) 267-3700 |

/s/ Craig A. Knot
Craig A. Knot