Case 1:08-cv-01928-DMM-GY Case 9:08-md-01928-DMM-GY Document 12-3 Document 22 Entered Filed 04/15/2008 Docket 04/15/2017 Page 1 of 1

FILED
APRIL 15, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07 C 7162

STEVEN M. LARIMORE
CLERK OF COURT

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**



April 15, 2008

United States District Court
Northern District of Illinois
Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

RE: MDL No. 1928 TRASYLOL PRODUCTS LIABILITY LITIGATION
    Our Case #(s)    08-MD-1928
    Your Case No.  07-7162 Thomas W. Durkin, etc. v. Bayer Corp., et al.

Dear Clerk:

Attached is a certified copy of the order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above entitled action to the Southern District of Florida. This case will be directly assigned to the Honorable Donald M. Middlebrooks.

Please forward the court file (including originating Complaint or Notice of Removal, any amendments, docket sheet, and MDL Transfer Order) as PDF documents to the Southern District of Florida via electronic mail at: CMECF_CaseTransfers@flsd.uscourts.gov


STEVEN M. LARIMORE
Clerk of Court



by: _s/_____
    Dena R. Eaton
    MDL Clerk

---

| 301 N. Miami Avenue | 299 E. Broward Boulevard | ✱ 701 Clematis Street | ☐ 301 Simonton Street | ☐ 300 S. Sixth Street |
|---|---|---|---|---|
| Room 150 | Room 108 | Room 402 | Room 130 | Ft. Pierce, FL 34950 |
| Miami, FL 33128 | Ft. Lauderdale, FL 33301 | W. Palm Beach, FL 33401 | Key West, FL 33040 | 772-595-9691 |
| 305-523-5100 | 954-769-5400 | 561-803-3400 | 305-295-8100 | |