


**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**NOTIFICATION OF CHANGE OF ADDRESS** — Change as of 09/19/08

NAME: Gretchen M. Paine

FIRM: Sidley Austin LLP

STREET ADDRESS: 1307 S. Wabash #509

CITY/STATE/ZIP: Chicago IL 60605

PHONE NUMBER: 217-390-0862

ATTORNEY REGISTRATION NO: 6293516

PRIMARY E-MAIL ADDRESS: gretchenpaine@gmail.com

__✓__ I am a member of the General Bar for the Northern District of Illinois.

__no__ Have you filed an appearance with this Court using a different name? If so, please indicate on the line provided: _____

FILED
JN SEP 9, 2008
SEP X 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*I currently have an appearance on file for the following active case(s):*

07cv7162

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:07-cv-7162 | Durkin v. Bayer | (?) |
|  |  |  |
|  |  |  |
|  |  |  |

Gretchen Paine                    09/04/08
Attorney's Signature              Date

Lawyer Exit Checklist – Associate/Staff Attorney
CH1 4320757v.1